UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Jaycee Brown,<br><br>*On behalf of himself and those similarly situated*,<br><br>    Plaintiffs,<br> v.<br><br>MUY Pizza-Tejas, LLC, *et al.*<br><br>    Defendants. | Case No. 1:23-cv-1816-MLB |

UNOPPOSED MOTION FOR APPROVAL OF
FLSA COLLECTIVE ACTION SETTLEMENT

  Plaintiff Jaycee Brown, on behalf of himself and similarly situated Opt-In Plaintiffs (together, "Plaintiffs"), with the consent of Defendants MUY Pizza-Tejas, LLC, MUY Pizza Southeast, LLC, and James Bodenstedt (together with Plaintiffs, the "Parties"), hereby moves this Court for an order approving the FLSA collective action settlement entered between the Plaintiffs and Defendants MUY Pizza-Tejas, LLC, MUY Pizza Southeast, LLC, and James Bodenstedt (the "Defendants"). Defendants do not oppose Plaintiffs' request. A memorandum in support of this request is attached hereto.

Respectfully submitted,

*/s/ Andrew Kimble*
Andrew R. Biller (*Pro Hac Vice*)
Andrew P. Kimble (*Pro Hac Vice*)
Biller & Kimble, LLC
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
Telephone: (513) 202-0710
Facsimile: (614) 340-4620
*abiller@billerkimble.com*
*akimble@billerkimble.com*

Gary R. Kessler, P.C. (GA Bar # 416562)
2573 Apple Valley Road NE
Atlanta, GA 30319
Telephone: (404) 909-8100
gkessler@martensonlaw.com

*Counsel for Plaintiff and the putative class*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Jaycee Brown,<br><br>*On behalf of himself and those similarly situated*,<br><br>Plaintiff,<br>v.<br><br>Muy Pizza-Tejas, LLC, *et al.*;<br><br>Defendants. | Case No. 1:23-cv-01816-MLB |

Certificate of Service and Type Size Compliance

I hereby certify that on this date I electronically filed the ***Unopposed Motion for Settlement Approval*** with the Clerk of Court using the CM/ECF system, which automatically will send notice of filing to counsel of record.

Pursuant to Local Rule 5.1, N.D.Ga., the foregoing pleading is prepared in Century Schoolbook, 13 point.

This 18th Day of October, 2024

/s/ Andrew Kimble

3