## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Jaycee Brown, on behalf of himself
and those similarly situated,

    Plaintiff,

         Case No. 1:23-cv-1816-MLB

v.

MUY Pizza-Tejas, LLC, et al.,

    Defendants.

_____/

## ORDER

Plaintiff filed an Unopposed Motion for Settlement Approval (Dkt. 122). On January 27, 2025, the Court denied the motion without prejudice given the Court's rejection of the proposed general release payments to the named Plaintiffs. (Dkt. 132.) The Court ordered the parties to notify the Court as to whether they want the Court to approve the Settlement Agreement without these payments. (*Id.* at 16.) The parties filed a joint notice, notifying the Court that they do. (Dkt. 133.)

Construing this notice as a Renewed Motion for Settlement Approval, the Court **GRANTS** the motion (Dkt. 133) and **APPROVES**

the Settlement Agreement (Dkt. 122-2) **subject to the limitation set forth in the Court's January 27, 2025 Order in reference to the general release payments to the named Plaintiffs**. The parties are **ORDERED** to carry out the settlement pursuant to its terms (Dkt. 122-2). The Court will retain jurisdiction over any disputes that may arise while the settlement is carried out. The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

      **SO ORDERED** this 10th day of February, 2025.

_____

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device and will not prejudice the rights of the parties to this litigation in any manner. The parties need only file a motion to reopen the case if settlement negotiations fail.